# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1723. JACKSON v. BETTIS.

This appeal was docketed on June 29, 2021, and the brief of appellant was due 20 days later, on July 19, 2021. The due date has passed, and appellant Peggy Jackson has not filed a brief. Accordingly, Jackson's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/02/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*